■▮■ Courts of review should not indulge in speculation as to the motives and intentions of the jurors. The record shows that plaintiff was not prejudiced as a result of the trial court's refusal to direct a verdict on the issue of liability.

For these reasons the judgment is affirmed.

Judgment affirmed.

GOLDBERG and STAMOS, JJ., concur.

CENTRAL NATIONAL BANK OF CHICAGO, as Trustee, Plaintiff-Appellee, *v.* THE VILLAGE OF HOFFMAN ESTATES, Defendant-Appellant—(Charles Weinrich *et al.*, Intervening-Defendants.)

(No. 56574; ▮▮▮▮▮▮▮▮

First District (1st Division)—January 15, 1973.

*Rehearing denied March 6, 1973.*

Opinion by Mr. JUSTICE GOLDBERG.

Hofert and Samelson, of Des Plaines, (Edward C. Hofert and J. William Braithwaite, of counsel,) for appellant.

Haskins and Haskins, of Chicago, (Robert E. Haskins and C. W. Eckert, of counsel,) for appellee.

King, Robin, Gale & Pillinger, of Chicago, and Truninger and Pierce, of Palatine, both for intervening-defendants.